# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2010

139983

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SHIRLEY T. NIXON,
      Plaintiff-Appellant,

v

SC: 139983
COA: 285343
Wayne CC: 06-628508-NO

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 1, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2010

_____
Clerk

p0429